**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION**

| | | |
|---|---|---|
| Aiken Hospitality Group, LLC, | ) | Civil Action No.: 1:16-cv-03093-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| HD Supply Facilities Maintenance, Ltd., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court to address the parties' respective Deposition Designation Objections to the deposition testimony of Jared Hoosein. (ECF Nos. 202 at 8, 203 at 3.) Upon review, the court observes that both parties object to Hoosein's testimony because he had not worked for Third-Party Defendant N3A Manufacturing Inc. d/b/a Hotelure, Inc. for over two years preceding the incident that forms the basis for this lawsuit. (*Id.*) Accordingly, the court grants the "joint" objection by the parties to exclude the deposition testimony of Jared Hoosein based on lack of relevancy.

     **IT IS SO ORDERED**.

*J. Michelle Childs*

United States District Judge

January 30, 2019
Columbia, South Carolina