**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION**

| Aiken Hospitality Group, LLC, | ) | Civil Action No.: 1:16-cv-03093-JMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| HD Supply Facilities Maintenance, Ltd., | ) | |
| Defendant. | ) | |

This matter is before the court to address Defendant's Deposition Designation Objections to the deposition testimony of Jennifer Swisher. (ECF No. 203 at 4.) Rule 32 of the Federal Rules of Civil Procedure allows "all or part of a deposition [][to] be used against a party" under certain specified conditions. *See* Fed. R. Civ. P. 32(a). "[T]he admission of deposition testimony [][i]s subject to the sound discretion of the trial court, which 'has a perfect right to limit the use of the material if [the deposition] is repetitious or immaterial.'" *Harvill Indus., Ltd. v. ADCOR Indus., Inc.*, No. 08-CV-448-GKF-PJC, 2009 WL 1227727, at *1 (N.D. Okla. May 1, 2009) (citation omitted). In this regard, the court rules on Defendant's specific objections to Plaintiff's deposition designations of Jennifer Swisher as follows:

| Portion Designated by Plaintiff | Defendant's Objection | The Court's Ruling |
|---|---|---|
| 6:2 | Vague | Sustained |
| 8:3–5 | Irrelevant | Sustained |
| 13:3–6 | Combative, Irrelevant, Prejudicial | Sustained |
| 15:8–20 | Legalese in a Pleading | Sustained |
| 20:20–21:15 | Not within Witness' Knowledge | Sustained |
| 21:20–22:9 | Vague, Ambiguous | Sustained |
| 25:20–23 | Witness Testifies about Discovery Responses even though not the 30(b)(6) | Sustained |
| 29:3–30:5 | Irrelevant | Sustained |
| 39:21–23 | Speculation, Hearsay | Sustained |
| 40:4–42:4 | Asked and Answered (27) | Overruled |

1

| | | |
|---|---|---|
| 44:1–17 | Jury Exposure to Pleading Legalese | Sustained |
| 45:14–46:17 | Speculative, Hearsay | Overruled |
| 59:4–16 | Speculative | Overruled |
| 65:14–18 | Hearsay | Overruled |
| 75:4–15 | Hearsay | Overruled |
| 80:24–81:8 | Jury Exposure to Pleading Legalese | Overruled |
| 100:24–25 | Vague | Sustained |
| 123:25–124:5 | Supposes Facts not in Evidence | Overruled |
| 125:6–13 | Hearsay | Overruled |
| 125:16–22 | Improper Law Witness Question | Overruled |

(ECF No. 203 at 4.)

In order to streamline the presentation of evidence and avoid waste of time, the court expects that the parties will queue up their deposition designation testimony in accordance with this Order and all other applicable orders. The parties will not be allowed to present further objections regarding deposition designations during trial.

**IT IS SO ORDERED**.

*J. Michelle Childs*
United States District Judge

January 31, 2019
Columbia, South Carolina