# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| Aiken Hospitality Group, LLC, | ) | Civil Action No.: 1:16-cv-03093-JMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| HD Supply Facilities Maintenance, Ltd., | ) | |
| Defendant. | ) | |

This matter is before the court to address Plaintiff's Objections to Defendant's Exhibits. (ECF No. 202-1 at 2–9.) "As a general matter, . . . the Federal Rules of Evidence, and not state law, govern the admissibility of evidence in diversity actions in the Federal courts." *Brown v. Ford Motor Co.*, 10 F. App'x 39, 47 (4th Cir. 2001) (citing *Scott v. Sears, Roebuck & Co.*, 789 F.2d 1052, 1054 (4th Cir. 1986)). Under Rule 402 of the Federal Rules of Evidence, relevant evidence is generally admissible at trial. "Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action." Fed. R. Evid. 401. In consideration of the foregoing, the court makes the following preliminary rulings on Plaintiff's specific objections to Defendant's Exhibits:

| Exhibit Designated by Defendant | Plaintiff's Objection | The Court's Ruling |
|---|---|---|
| 3 | Irrelevant, Lacks Foundation | Held in Abeyance |
| 4 | Irrelevant, Lacks Foundation | Held in Abeyance |
| 5 | Lacks Foundation, Hearsay, No Probative Value | Held in Abeyance |
| 7 | Lacks Foundation, Hearsay, No Probative Value | Overruled |
| 10 | Irrelevant | Held in Abeyance |
| 13 | Hearsay | Overruled (same as 7) |
| 14 | Irrelevant | Overruled |

1

| | | |
|---|---|---|
| 15 | Irrelevant | Overruled |
| 17 | Irrelevant | Overruled |
| 18 | Irrelevant | Overruled |
| 19 | Irrelevant | Overruled |
| 20 | Irrelevant | Sustained |
| 21 | Irrelevant | Held in Abeyance |
| 25 | Irrelevant, Lacks Foundation, Lacks Authentication | Sustained |
| 27 | Irrelevant | Sustained |
| 31 | Irrelevant, Lacks Authentication | Sustained |
| 32 | Irrelevant | Sustained |
| 33 | Irrelevant | Sustained |
| 35 | Hearsay | Held in Abeyance |
| 36 | Irrelevant, Lacks Authentication | Sustained |
| 37 | Irrelevant | Sustained |
| 38 | Irrelevant | Sustained |
| 39 | Irrelevant | Sustained |
| 40 | Irrelevant | Sustained |
| 44 | Hearsay | Held in Abeyance |
| 46 | Hearsay | Held in Abeyance |
| 47 | Hearsay, Lacks Authentication | Held in Abeyance |
| 49 | Hearsay, Lacks Authentication | Held in Abeyance |
| 50 | Irrelevant | Overruled |
| 53 | Irrelevant | Sustained |
| 62 | Irrelevant | Held in Abeyance |
| 63 | Irrelevant | Held in Abeyance |
| 66 | Hearsay, Lacks Authentication, Lacks Foundation | Held in Abeyance |
| 67 | Hearsay, Lacks Authentication, Lacks Foundation | Held in Abeyance |
| 70 | Irrelevant | Overruled |
| 71 | Irrelevant | Held in Abeyance |
| 72 | Irrelevant | Held in Abeyance |
| 73 | Irrelevant | Overruled |
| 74 | Irrelevant | Overruled |
| 75 | Lacks Authentication, Hearsay, Lacks Foundation | Withdrawn |
| 77 | Lacks Authentication, Hearsay, Lacks Foundation | Held in Abeyance |
| 78 | Irrelevant | Overruled |
| 86 | Hearsay, Prejudicial | Held in Abeyance |
| 92 | Irrelevant | Held in Abeyance |
| 93 | Hearsay, Lacks Foundation, Lacks Authentication | Held in Abeyance |

(ECF No. 202-1 at 2–9.)

In order to streamline the presentation of evidence and avoid waste of time, the court expects that Defendant will queue up their Exhibits in accordance with this Order and all other applicable orders. The parties will be allowed to present further arguments regarding Exhibits during trial.

**IT IS SO ORDERED**.

*J. Michelle Childs*
United States District Judge

February 1, 2019
Columbia, South Carolina